# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES VINCENT CASE,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 19-cv-04698-JST<br><br>**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE RESPONSE; ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 11 |

On August 26, 2019, Defendant Wells Fargo Bank, N.A. filed a motion to dismiss Plaintiff Charles Vincent Case's complaint. ECF No. 11. Case was required to file a response by September 9, 2019. ECF No. 11. He has not yet filed a response. Court staff has twice reached out to Case's counsel and has received no reply.

Case is ordered to file a response by October 29, 2019, or to show cause as to why his case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: October 15, 2019



JON S. TIGAR
United States District Judge