UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLES VINCENT CASE, | Case No. 19-cv-04698-JST |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

On October 15, 2019, the Court ordered Plaintiff Charles Vincent Case to file a response to Defendant Wells Fargo Bank, N.A.'s motion to dismiss on or before October 29, 2019, or to show cause why his case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). ECF No. 16.

Case has not responded or shown cause, and the deadline for doing so has now passed. Accordingly, the Court dismisses this case for failure to prosecute under Federal Rule of Civil Procedure 41(b). The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 4, 2019

JON S. TIGAR
United States District Judge